UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF KENTUCKY

PIKEVILLE

Eastern District of Kentucky
**F I L E D**

MAY 14 2018

AT PIKEVILLE
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CIVIL ACTION NO: 7:18-CV-22

MARY JOE EVERAGE                                                        PLAINTIFF

V.

JOHNSON & JOHNSON, INC.

AND

JANSSEN PHARMACEUTICALS, INC.

F/K/A ORTHO MCNEIL-JANSSEN PHARMACEUTICALS, INC.

F/K/A JANSSEN PHARMACEUTICA, INC.                                       DEFENDANTS

## MOTION

SUMMONS was served on Janssen Research & Development, LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development, L.L.C. through the Knott County Circuit Court on March 16, 2018, but Johnson & Johnson, Inc. and Janssen Pharmaceuticals, Inc. et al had been removed to the United States District Court, Eastern District in Pikeville February 22, 2018 by Defendants attorney Susan Pope. Plaintiff requests permission from the Court to amend the original complaint to add Janssen Research & Development, LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development, L.L.C. as Defendants In this case. Inasmuch as Susan Pope has not identified herself as their attorney, no Certificate of Service will be made.

Respectfully submitted this 10th day of May, 2018

*Mary Joe Bundy Everage*
Mary Joe Bundy Everage, Pro Se

P.O. Box 1455

Hindman, Kentucky 41822

Phone 606 785-3031