

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

| | |
|---|---|
| MARY JOE BUNDY EVERAGE,<br>    Plaintiff,<br><br>V.<br><br>JOHNSON AND JOHNSON and<br>JANSSEN PHARMACEUTICALS, INC.<br>    Defendants. | CIVIL ACTION NO. 7:18-22-KKC<br><br><br>JUDGMENT |

\*\*\* \*\*\* \*\*\*

In accordance with the opinion and order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1) Plaintiff Mary Joe Bundy Everage's motion for summary judgment (DE 23) is DENIED;

2) The motion for summary judgment by defendants Johnson and Johnson and Janssen Pharmaceuticals, Inc. (DE 27) is GRANTED;

3) Judgment is entered in favor of the defendants; and

4) This action is STRICKEN from the Court's active docket.

This 3rd day of April 2019



Signed By:
Karen K. Caldwell
United States District Judge